IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY PLAINTIFF

v. Case No. 1:26-cv-01037

CHARLIE PHILLIPS; JEFF STENTSON;
CAPTAIN SANDERS; and SHERYL BETENSE DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on September 16, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Singleton recommends that Plaintiff's in forma pauperis ("IFP") Motion (ECF No. 2) be denied and this case be dismissed without prejudice. Specifically, Judge Singleton finds that Plaintiff may not obtain IFP status under 28 U.S.C. § 1915(g) because he has filed at least three claims that have been dismissed as frivolous, malicious, or failure to state a claim and does not allege that he is under imminent danger of serious physical injury.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Accordingly, the Court **DENIES** Plaintiff's IFP Motion (ECF No. 2). Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have thirty (30) days to file a Motion to Reopen this case upon payment of the full filing fee. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an IFP appeal would not be taken in good faith.

**IT IS SO ORDERED**, this 14th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge